**Order No. 96–42**
**December 24, 1996**

17434      State v. Williamson      Affirmed